# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TRACY NELMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 4:21-cv-01091-ACA** |
| vs. ) | |
| ) | |
| **USI INSURANCE SERVICES, LLC,**) | |
| ) | |
| Defendant. ) | |

## PARTIES' STIPULATION AND
## PROPOSED ORDER FOR DISMISSAL

COME NOW Defendant USI Insurance Services, LLC and Plaintiff Tracy Nelms and state they have resolved all of their issues, disputes and claims. Thus, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(ii), the Parties hereby respectfully request the Court dismiss this matter with prejudice, with each party to bear her or its own attorneys' fees and costs. All Parties jointly stipulate to the dismissal of this action, thereby concluding the matter in its entirety.

Respectfully submitted this the 4th day of May, 2022.

*Richard R. Newton*
Richard R. Newton
 Attorney for Plaintiff
2100 Southbridge Pkwy – Suite 650
Birmingham, Alabama 35209
Tel: 205.356.2498
richardrussellnewton@gmail.com

*Jenna M. Bedsole*
Jenna M. Bedsole
Maia Fleischman
Attorneys for Defendant
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
420 North 20th Street, Suite 1400
Birmingham, AL 35203
Tel: (205)328-0480
jbedsole@bakerdonelson.com
mfleischman@bakerdonelson.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TRACY NELMS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **Case No.:  4:21-cv-01091-ACA** |
| vs. | ) |
| | ) |
| **USI INSURANCE SERVICES, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER DISMISSING ACTION WITH PREJUDICE

Based upon the Stipulation of the parties,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice and on the merits, with each party to bear its own costs.

Dated: _____, 2022.

_____
ANNEMARIE CARNEY AXON
UNITED STATES DISTRICT JUDGE